**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

|  |  |  |
|---|---|---|
| **PHILIPS NORTH AMERICA LLC**<br>    **Plaintiff** | : | |
| | : | |
| | : | |
| **v.** | : | **No. 2:21-cv-298** |
| | : | **Judge Joseph R. Goodwin** |
| | : | **Magistrate Judge Dwane L. Tinsley** |
| **RADON MEDICAL IMAGING** | : | |
| **CORPORATION-WV et al.** | : | |
|     **Defendants** | : | |

**CERTIFICATE OF SERVICE – PHILIPS'S NOTICES OF DEPOSITION**
**FOR THE DEPOSITIONS OF JOSE VALDEZ, MIKE DILICK**
**AND JACE GENTIL**

---

I hereby certify on the **1st** day of **September** 2023, I electronically filed this "***CERTIFICATE OF SERVICE - PHILIPS'S NOTICES OF DEPOSITION FOR THE DEPOSITIONS OF JOSE VALDEZ, MIKE DILICK AND JACE GENTIL***" with the Clerk of the Court using the CM/ECF systems which will send notification of filing to counsel of record, that "Philips's Notices of Deposition for the Depositions of Jose Valdez, Mike Dilick and Jace Gentil" were served by email on the 1st day of September, 2023 on the following:


Adam Arceneaux
Eric J. McKeown
ICE MILLER LLP
One American Square
Suite 2900                                            Shannon Kirk, Esquire
Indianapolis, IN 46282-020                  Mark Cianci, Esquire
                                                              Ropes & Gray LLP
Niall A. Paul                                          Prudential Tower
Clifford F. Kinney, Jr.                            800 Boylston Street
SPILMAN THOMAS & BATTLE,              Boston, MA 02199-3600
PLLC
300 Kanawha Blvd, East                       Gregg Weiner, Esquire
P.O. Box 273                                          Ropes & Gray LLP
Charleston, WV 25321                          1211 Avenue of the Americas
                                                              New York, NY 10036-8704


17951827

**PHILIPS NORTH AMERICA LLC**
By Counsel,

/s/ James J.A. Mulhall
James J.A. Mulhall (WV# 6491)
james.mulhall@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, WV 26501
Telephone: (304) 598-8119
Facsimile: (304) 598-8116

Michael D. Mullins (WV# 7754)
michael.mullins@steptoe-johnson.com
STEPTOE & JOHNSON PLLC
707 Virginia Street, East
Charleston, WV 25301
Telephone: (304) 353-8000
Facsimile: (304) 933-8180

Dallas F. Kratzer III (W. Va. 12350)
*Steptoe & Johnson PLLC*
41 S. High St., Suite 2200
Columbus, OH 43215
614.458.9827
dallas.kratzer@steptoe-johnson.com

James T. Hultquist (*pro hac vice*)
jhultquist@reedsmith.com
Jennifer Y. DePriest (*pro hac vice*)
jdepriest@reedsmith.com
Vanessa Marti Heftman (*pro hac vice*)
vheftman@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: (312) 207-1000
Facsimile: (312) 207-6400

Christopher J. Pulido (*pro hac vice*)
cpulido@reedsmith.com
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105-3659
Telephone: (415) 543-8700
Facsimile: (415) 391-8269
*Counsel for Plaintiff*

17951827