# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

**PHILIPS NORTH AMERICA LLC,**

    **Plaintiff,**

v.                                                                     **Civil Action No. 2:21-cv-00298**
                                                                       **Honorable Joseph R. Goodwin**

**PROBO MEDICAL, LLC, et al.,**

    **Defendants.**

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Whereby Philips North America LLC ("Philips"), by counsel, and Probo Medical, LLC ("Probo"), by counsel, (collectively, the "Parties"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure jointly stipulate to the dismissal of this action, with prejudice. The Parties represent that, as a result of good faith negotiations, they have reached a settlement of the claims pending between them in this litigation.

                                                    **PROBO MEDICAL, LLC**

                                                    **BY BAILEY & GLASSER, LLP**
                                                    */s/ Benjamin L. Bailey*
                                                    Benjamin L. Bailey (WV State Bar #200)
                                                    Christopher D. Smith (WV State Bar #13050)
                                                    BAILEY & GLASSER, LLP
                                                    209 Capitol Street
                                                    Charleston, WV 25301
                                                    (304) 345-6555 (phone)
                                                    (304) 342-1110 (fax)
                                                    bbailey@baileyglasser.com
                                                    csmith@baileyglasser.com

                                                    *and*

                                                    **SPILMAN THOMAS & BATTLE, PLLC**


Niall A. Paul (WV State Bar #5622)
Clifford F. Kinney, Jr. (WV State Bar #6220)
Joseph A. Ford (WV State Bar #12984)
SPILMAN THOMAS & BATTLE, PLLC
300 Kanawha Blvd., East (25301)
P. O. Box 273
Charleston, WV  25321
(304) 340-3800 (phone)
(304) 340-3801 (fax)
npaul@spilmanlaw.com
ckinney@spilmanlaw.com
jford@spilmanlaw.com

*and*

**ROPES & GRAY LLP**

Gregg L. Weiner (*pro hac vice*), NY #2447373
C. Thomas Brown (*pro hac vice*), NY #5064985
Evan Gourvitz (*pro hac vice*), NY 2995355
Rachael S. Bacha (*pro hac vice*), NY #4817938
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9396 (phone)
(646) 728-2759 (fax)
Gregg.Weiner@ropesgray.com
Thomas.Brown@ropesgray.com
Evan.Gourvitz@ropesgray.com
Rachael.Bacha@ropesgray.com

Shannon Capone Kirk (*pro hac vice*), MA #674530
Jane E. McGraw (*pro hac vice*), MA# 703699
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
(617) 951-7000 (phone)
(617) 951-7050 (fax)
Shannon.Kirk@ropesgray.com
Jane.McGraw@ropesgray.com

Shong Yin (*pro hac vice*), CA #319566
ROPES & GRAY LLP
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303

(650) 617-4078 (Phone)
(650) 617- 4090(fax)
Shong.Yin@ropesgray.com

*Counsel for Defendant*

**PHILIPS NORTH AMERICA LLC**

*/s/ James J.A. Mulhall*
James J.A. Mulhall
Emily M. Rector
STEPTOE & JOHNSON PLLC
1000 Swiss Pine Way, Suite 200
Morgantown, WV  26501
James.Mulhall@Steptoe-Johnson.com
emily.rector@steptoe-johnson.com

Michael D. Mullins
S. Caleb Davis
STEPTOE & JOHNSON PLLC
707 Virginia Street, East
Charleston, WV  25301
michael.mullins@steptoe-johnson.com
steven.davis@steptoe-johnson.com

Dallas F. Kratzer III
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, OH  43215
dallas.kratzer@steptoe-johnson.com

James T. Hultquist
Jennifer Y. DePriest
Herbert Zanczak
Jacob Stone
REED SMITH LLP
10 South Wacker Drive
Chicago, IL  60606-7507
jhultquist@reedsmith.com
JDePriest@reedsmith.com
hzanczak@reedsmith.com
jstone@reedsmith.com

Christopher J. Pulido
Jonathan I. Detrixhe
REED SMITH LLP

        101 Second Street, Suite 1800
        San Francisco, CA  94105-3659
        cpulido@reedsmith.com
        jdetrixhe@reedsmith.com

        *Counsel for Plaintiff*

So ordered, the Court directs the Clerk to send a certified copy of this joint stipulation to all counsel of record.

ENTERED this ____ day of _____, 2024.

        _____
        JUDGE JOSEPH R. GOODWIN